

**U.S. Department of Justice**

Antitrust Division

*RFK Main Justice Building*

*950 Pennsylvania Avenue, N.W.*
*Washington, DC 20530-0001*

December 2, 2024

Mark Langer
Clerk, United States Court of Appeals
   for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

      Re:    World Shipping Council v. Federal Maritime Commission
               and United States of America, D.C. Cir. No. 24-1088

Dear Mr. Langer:

    Respondent United States takes no position with respect to the order of the Federal Maritime Commission under review.

                                     Sincerely,

                                     /s/ Robert J. Wiggers
                                   Robert J. Wiggers
                                   Attorney
                                   Appellate Section
                                   (202) 514-2460
                                   Robert.Wiggers@usdoj.gov

cc:    Counsel of Record
       (per CM/ECF)